

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAVIER LINAN, JR., | § | |
| Appellant, | § | No. 08-21-00002-CR |
| v. | § | Appeal from the |
| THE STATE OF TEXAS, | § | 266th District Court |
| Appellee. | § | of Erath County, Texas[1] |
| | § | (TC# CR15071) |
| | § | |

## <u>**MEMORANDUM OPINION**</u>

Appellant Javier Linan, Jr., has filed a motion to voluntarily dismiss this appeal. *See* TEX.R.APP.P. 42.2(a)(governing voluntary dismissals in criminal cases). The motion is granted. This appeal is dismissed.

GINA M. PALAFOX, Justice

February 17, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.

(Do Not Publish)

---

[1] We hear this case on transfer from the Eleventh Court of Appeals. *See* TEX.R.APP.P. 41.3.